IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00101-RBJ

BELVA CULBERTSON,

    Plaintiff,

v.

C-BALL VENTURES, LLC, d/b/a Dealers Auto Auction of the Rockies,

    Defendant.

---

MINUTE ORDER REGARDING DOCKET #9

---

Entered by Judge R. Brooke Jackson

    The Court, having reviewed the Motion to Dismiss [#9], now orders that this case be dismissed.

    DATED this 29th day of May, 2012.